Summons in a Civil Action

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

AMY SHOEMAKE,

    PLAINTIFF,

V.                                                                                    **SUMMONS IN A CIVIL ACTION**

KNAUF FIBER GLASS, INC.
AND ADECCO EMPLOYMENT SERVICES        Case Number: 3:05cv 398-F

    DEFENDANT.

TO:   (Name and address of Defendant)

    Knauf Fiber Glass, Inc.
    c/o William F. Donnett, Registered Agent
    3502 43rd St. SW
    Lanett, AL  36863

    ✓  Adecco Employment Services
       c/o Registered Agent
       175 Broad Hollow Road
       Melville, NY  11747

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

    David R. Arendall
    Stephanie S. Woodard
    Allen D. Arnold
    Arendall & Associates
    2018 Morris Avenue
    Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                                5/2/05

CLERK                                                                                   DATE

(By) DEPUTY CLERK

Summons in a Civil Action

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

AMY SHOEMAKE,

    PLAINTIFF,

V.

KNAUF FIBER GLASS, INC.
AND ADECCO EMPLOYMENT SERVICES

    DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

Case Number: 3:05cv398-F

TO: (Name and address of Defendant)

✓ Knauf Fiber Glass, Inc.
c/o William F. Donnett, Registered Agent
3502 43rd St. SW
Lanett, AL 36863

Adecco Employment Services
c/o Registered Agent
175 Broad Hollow Road
Melville, NY 11747

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

David R. Arendall
Stephanie S. Woodard
Allen D. Arnold
Arendall & Associates
2018 Morris Avenue
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

_/s/ Von Carter_
(By) DEPUTY CLERK

5/2/05
DATE