IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **AMY SHOEMAKE,**               ) | |
|                                                       ) | |
|         **Plaintiff,**                        ) | |
|                                                       ) | |
| v.                                                 ) | **CIVIL ACTION FILE** |
|                                                       ) | **NO. 3:05-CV-398-F** |
| **KNAUFF FIBER GLASS AND**  ) | |
| **ADECCO EMPLOYMENT SERVICES,** ) | |
|                                                       ) | |
|         **Defendants.**                   ) | |

## CONSENT ORDER

Counsel for Plaintiff and all Defendants having consented hereto and for good cause shown, it is ORDERED AND ADJUDGED that Defendants have up through and including June 10, 2005, to file a response to the Complaint. This Consent Order shall not require a response by any Defendant if such a response is not required by the Federal Rules of Civil Procedure, Local Rules or any other applicable law.

SO ORDERED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT

CONSENTED TO BY:


<u>David R. Arendall</u>               (By <u>BTA</u> with express permission)
David R. Arendall, Esq.
Stephanie S. Woodard, Esq.
Allen D. Arnold, Esq.

**ARENDALL & ASSOCIATES**
2018 Morris Avenue
Birmingham, AL 35203
T - 205.252.1550
F - 205.252.1556

Counsel for Plaintiff



<u>Bradley T. Adler</u>
Gregory S. Richters
Georgia Bar No. 604618
Bradley T. Adler
Georgia Bar No. 005525
*Pro Hac Vice Motions Pending*

**FREEMAN MATHIS& GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T - 770.818.0000
F - 770.937.9960

Counsel for Defendant Adecco

<u>Richard P. Winegardner</u>          (By <u>BTA</u> with express permission)
Richard P. Winegardner, Esq.
Aarika Mack, Esq.
*Pro Hac Vice Motions To Be Filed*

**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, Indiana  46204-3535
T - 317.231.7512
F - 317.231.7433

Counsel for Defendant Knauf Fiberglass
KAM5444