# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **AMY SHOEMAKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 3:05-CV-398-F |
| **KNAUFF FIBER GLASS AND** ) | |
| **ADECCO EMPLOYMENT SERVICES,** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR AN EXTENSION OF TIME
## FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW, the Plaintiff and Defendants herein, and hereby move this Court to grant their Joint Motion for an Extension of Time for Defendants to Respond to Plaintiff's Complaint up through and including June 10, 2005.

A proposed Order is attached hereto.

[SIGNATURES ON NEXT PAGE]

RESPECTFULLY SUBMITTED BY:


/s/ David R. Arendall	(By BTA with express permission)
David R. Arendall, Esq.
Stephanie S. Woodard, Esq.
Allen D. Arnold, Esq.

**ARENDALL & ASSOCIATES**
2018 Morris Avenue
Birmingham, AL 35203
T - 205.252.1550
F - 205.252.1556

Counsel for Plaintiff



/s/ Bradley T. Adler
Gregory S. Richters
Georgia Bar No. 604618
Bradley T. Adler
Georgia Bar No. 005525
*Pro Hac Vice Motions Pending*

**FREEMAN MATHIS& GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T - 770.818.0000
F - 770.937.9960

Counsel for Defendant Adecco

/s/ Richard P. Winegardner        (By BTA with express permission)
Richard P. Winegardner, Esq.
Aarika Mack, Esq.
*Pro Hac Vice Motions To Be Filed*

**BARNES & THORNBURG, LLP**
11 South Meridian Street
Indianapolis, Indiana  46204-3535
T - 317.231.7512
F - 317.231.7433

Counsel for Defendant Knauf Fiberglass