**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 MAY 16  A 10: 21

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **CIVIL ACTION FILE** |
| v. | ) **NO.** ~~3:04-CV-398-F~~ |
| | ) 3:05cv398-F |
| KNAUF FIBERGLASS AND | ) |
| ADECCO EMPLOYMENT SERVICES, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION OF
BRADLEY T. ADLER *PRO HAC VICE***

COMES NOW, Adecco Employment Services, an improperly named Defendant in the above-referenced matter, and pursuant to Local Rule 83.1 of the United States District Court for the Middle District of Alabama, respectfully requests that the undersigned counsel be granted admission *pro hac vice* to appear as counsel for Defendant Adecco in the above-captioned lawsuit.

1.

The undersigned avers that he is eligible and qualified to be admitted to practice before this Court *pro hac vice* and already is admitted in Civil Action File No. 3:04-CV-1228. The undersigned is a partner in the law firm of Freeman Mathis & Gary, LLP, located at 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339-5948 and regularly practices law in the State of Georgia.

2.

The undersigned further avers that he is a member in good standing of the State Bar of Georgia with a Bar Number of 005525, having been licensed to practice law in the State of Georgia since 1998. Mr. Adler has been admitted to practice in the United States District Court for the Northern District of Georgia, Middle District of Georgia, Southern District of Georgia, the Eleventh Circuit Court of Appeals and the Georgia Supreme Court.

3.

The undersigned understands that, by appearing in this case, he is subject to the rules of this Court, just as if a member of the bar of this district. Pursuant to Local Rule 83.1, the undersigned further confers disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of, or in preparation for, proceedings in this case.

4.

Pursuant to this Motion, the undersigned has enclosed payment in the amount of $20.00 as a fee to be allowed to appear in this case *pro hac vice*.

5.

A copy of the undersigned's Certificate of Good Standing from the United State District Court, Northern District of Georgia is attached hereto as Exhibit "A."

WHEREFORE, the undersigned respectfully requests that the application for admission *pro hac vice* of Bradley T. Adler be granted and that Mr. Adler be allowed to represent Defendant Adecco in the above-captioned lawsuit.

This 13th day of May, 2005.

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

Bradley T. Adler
Georgia Bar No. 005525

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T - 770.818.0000
F - 770.937.9960

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE,         )<br>                              )<br>  **Plaintiff,**            )<br>                              )<br>v.                            )<br>                              )<br>KNAUF FIBERGLASS AND       )<br>ADECCO EMPLOYMENT SERVICES, )<br>                              )<br>  **Defendants.**          ) | **CIVIL ACTION FILE**<br>**NO. 3:04-CV-398-F** |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **MOTION FOR ADMISSION OF BRADLEY T. ADLER *PRO HAC VICE*** upon all parties to this matter by depositing a copy of same in the United States Mail, first-class postage affixed thereto, and addressed as follows:

David R. Arendall, Esq.
Stephanie S. Woodard, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL 35203

Richard P. Winegardner, Esq.
Aarika Mack, Esq.
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535

This 13th day of May, 2005.

                                Bradley T. Adler
                                Georgia Bar No. 005525

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T - 770.818.0000
F - 770.937.9960

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE ) NO. 3:04-CV-398-F ) |
| KNAUF FIBERGLASS AND ADECCO EMPLOYMENT SERVICES, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on Defendant Adecco's Motion for Admission of Bradley T. Adler Pro Hac Vice pursuant to Local Rule 83.1. Upon consideration of the matters set forth therein, the Court hereby GRANTS said motion.

Accordingly, it is ORDERED that Bradley T. Adler from the law firm of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, GA 30339-5948, is admitted to practice in the United States District Court for the Middle District of Alabama pro hac vice as counsel of record for Defendant, Adecco, for purposes of this action only.

Entered:_____       _____
                                United States District Judge
KAM5446

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ADLER,T. BRADLEY, 5525,** was duly admitted to practice in said Court on June 14, 1999 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 13th day of May, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

