**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

May 17, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Shoemake vs. Knauff Fiber Glass, et al**
**Case Number: 3:05cv398 (F)**

**Referenced Docket Entry -  Doc.[5]  - Motion Ext. Time to File Answer**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**