IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AMY SHOEMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-00398-F |
| | ) | |
| KNAUFF FIBER GLASS, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the May 16, 2005, unopposed motion for an extension to file a response to the complaint. (Doc. # 5) Upon consideration of the motion, it is

ORDERED that the defendants be and are hereby GRANTED an extension to and including June 10, 2005 to file a response to the complaint.

Done this 17th day of May, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE