IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-00398-F |
| | ) |
| KNAUFF FIBER GLASS, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Now pending before the court is the May 16, 2005, motion to appear *pro hac vice* (doc. # 6) filed by Gregory S. Ritchers. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 19th day of May, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE