IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE,         ) | |
| )                     | |
| Plaintiff,        )   | |
| )                     | |
| v.                  ) | CIVIL ACTION NO.  3:05-CV-00398-F |
| )                     | |
| KNAUFF FIBER GLASS, *et al*,  ) | |
| )                     | |
| Defendants.       )   | |

**ORDER ON MOTION**

Now pending before the court is the May 16, 2005, motion to appear *pro hac vice* (doc. # 7) filed by Bradley T. Adler. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 19th day of May, 2005.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE