IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 JUN -1  A 9: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 3:05-cv-398-F |
| | ) |
| KNAUF FIBERGLASS AND ADECCO | ) |
| EMPLOYMENT SERVICES, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT'S MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to the Local Rules for the Middle District of Alabama, Defendant Knauf Fiberglass ("Knauf"), respectfully moves the Court for the admission pro hac vice of Kenneth J. Yerkes ("Yerkes"), Richard P. Winegardner ("Winegardner"), Hiroaki Nishikawara ("Nishikawara"), and Aarika D. Mack ("Mack") as co-counsel with Bradley Arant Rose & White LLP. In support of this motion, Knauf states:

1.      Yerkes, Winegardner, Nishikawara and Mack are attorneys with the law firm of Barnes & Thornburg, 11 South Meridian Street, Indianapolis, Indiana 46204-3535.

2.      Yerkes, Winegardner, Nishikawara and Mack are admitted into practice and in good standing before all state courts in Indiana, and the United States District Court for the Southern District of Indiana.

3.      The admission pro hac vice of Yerkes, Winegardner, Nishikawara and Mack in this action on behalf of defendants will greatly assist in the presentation of issues for adjudication by the Court. Yerkes, Winegardner, Nishikawara and Mack are familiar with the

relevant facts and circumstances involved in these proceedings and will be actively associated with Bradley Arant Rose & White as co-counsel in this matter.

4.    A copy of a Certificate of Good Standing is attached to this Motion for Yerkes, Winegardner, Nishikawara and Mack.

5.    Yerkes, Winegardner, Nishikawara and Mack have never been disciplined by any court and understand that their admission pro hac vice subjects them to the disciplinary jurisdiction of this court.

6.    The requisite fee for admission pro hac vice is being tendered to the Clerk of the Court concurrently with the filing of this motion.

WHEREFORE, Defendant respectfully requests that the Court admit Kenneth J. Yerkes ("Yerkes"), Richard P. Winegardner ("Winegardner"), Hiroaki Nishikawara ("Nishikawara"), and Aarika D. Mack ("Mack") to the bar of this Court pro hac vice.

Respectfully Submitted,

William C. McGowin (MCG040)
Robert E. Poundstone IV (POU006)
**Attorneys for Knauf Fiberglass**

OF COUNSEL

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Kenneth J. Yerkes, Esq.
Richard P. Winegardner, Esq.

1/1338976.1

Hiroaki Nishikawara, Esq.
Aarike D. Mack, Esq.
*Barnes & Thornburg*
1313 Merchants Bank Building
11 South Meridian Street
Indianapolis, IN 46204-3535

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

David R. Arendall, Esq.
Stephanie S. Woodard, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL 35203

Bradley T. Adler
FREEMAN, MATHIS & GRAY, L.L.P.
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this ___1st___ day of ~~May~~ June, 2005.

OF COUNSEL

*United States District Court*
*Southern District of Indiana*
*Office of the Clerk*



*Certificate of Good Standing*

**I, Laura A. Briggs, Clerk of the United States District Court, DO HEREBY CERTIFY that Kenneth J. Yerkes was duly admitted to practice in said Court on October 7, 1983, and is in good standing as a member of the bar of said Court.**

**DATED on May 17, 2005.**

_Laura A. Briggs_
**CLERK OF COURT**

BY_____
**DEPUTY CLERK**

*United States District Court*
*Southern District of Indiana*
*Office of the Clerk*



*Certificate of Good Standing*

I, Laura A. Briggs, Clerk of the United States District Court, DO HEREBY CERTIFY that Richard P. Winegardner was duly admitted to practice in said Court on November 21, 1995, and is in good standing as a member of the bar of said Court.

DATED on May 17, 2005.

_____ *Laura A. Briggs*
                        **CLERK OF COURT**

**BY**_____
                        **DEPUTY CLERK**

*United States District Court*
*Southern District of Indiana*
*Office of the Clerk*



*Certificate of Good Standing*

I, Laura A. Briggs, Clerk of the United States District Court, DO HEREBY CERTIFY that Hiroaki Nishikawara was duly admitted to practice in said Court on May 17, 2004, and is in good standing as a member of the bar of said Court.

DATED on May 17, 2005.

*Laura A. Briggs*
**CLERK OF COURT**

**BY**_____
**DEPUTY CLERK**

*United States District Court*
*Southern District of Indiana*
*Office of the Clerk*



*Certificate of Good Standing*

**I, Laura A. Briggs, Clerk of the United States District Court, DO HEREBY CERTIFY that Aarika D. Mack was duly admitted to practice in said Court on October 18, 2004, and is in good standing as a member of the bar of said Court.**

**DATED on May 17, 2005.**

_____    *Laura A. Briggs*
**CLERK OF COURT**

BY_____
**DEPUTY CLERK**