IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-00398-F |
| | ) |
| KNAUFF FIBER GLASS, *et al*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER ON MOTION**

Now pending before the court is the June 1, 2005, motion to admit counsel *pro hac vice* (doc. # 12) filed by the defendant. Specifically, defendant Knauf Fiberglass moves the Court for admission *pro hac vice* of Kenneth Yerkes, Richard P. Winegardner, Hiroaki Nishikawara, and Aarika D. Mack. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 3rd day of June, 2005.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE