### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE |
| | )   NO. 3:05-CV-398-F |
| KNAUF FIBER GLASS AND | ) |
| ADECCO EMPLOYMENT SERVICES, | ) |
| | ) |
|     Defendants. | ) |

### ADECCO'S CORPORATE DISCLOSURE STATEMENT

COMES NOW, Adecco Employment Services, an improperly named Defendant herein, and submits its Corporate Disclosure Statement identifying all parent companies, subsidiaries and affiliates that have issued shares to the public. Through this Statement, Adecco identifies **Adecco SA**.

    Respectfully submitted,

    **FREEMAN MATHIS & GARY, LLP**

    /s/ Bradley T. Adler
    Gregory S. Richters
    Georgia Bar No. 604618
    Admitted Pro Hac Vice
    Bradley T. Adler
    Georgia Bar No. 005525
    *Admitted Pro Hac Vice*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T - 770.818.0000
F - 770.937.9960

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| AMY SHOEMAKE,              ) | |
|                            ) | |
|    Plaintiff,   ) | |
|                            ) | |
| v.                         ) | CIVIL ACTION FILE |
|                            ) | NO. 3:05-CV-398-F |
| KNAUF FIBER GLASS AND      ) | |
| ADECCO EMPLOYMENT SERVICES,) | |
|                            ) | |
|    Defendants. ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **DEFENDANT ADECCO'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record are:

David R. Arendall, Esq.
Stephanie S. Woodard, Esq.
Allen D. Arnold, Esq.
Arendall & Associates
2018 Morris Avenue
Birmingham, AL 35203

This 10th day of June, 2005.

                                                /s/ Bradley T. Adler
                                                Bradley T. Adler