IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AMY SHOEMAKE,

    PLAINTIFF,                              CIVIL ACTION NO. 3:05-CV-398-F

V.

KNAUF FIBER GLASS,
et al,

    DEFENDANTS.

## MOTION FOR LEAVE TO AMEND AND RESTATE COMPLAINT

COMES NOW the Plaintiff by and through her attorney of record and moves this Honorable Court for Leave to amend and restate her complaint heretofore filed in this cause and in support thereof, states the following:

1. Plaintiff's complaint has been served on both Defendants in the above cause and Answers have been filed by each Defendant herein.

2. Counsel for each Defendant have informed counsel for the Plaintiff that their respective client has been improperly named in Plaintiff's Complaint.

3. The correct names of the Defendants in this cause are Knauf Fiberglass GmbH, Inc., and Adecco U.S.A., Inc.

4. Attached hereto as "Exhibit A" is the Plaintiff's Amended and Restated Complaint which properly sets for the names of the Defendants in this cause.

5. Neither Defendant in this cause will be prejudiced by the Plaintiff's filing of the Amended and Restated Complaint in this cause.

NOW THEREFORE, Plaintiff moves this Honorable Court for leave to amend and restate her complaint has set forth in the attached "Exhibit 1."

1

Respectfully submitted,

/s/ David R. Arendall

---

DAVID R. ARENDALL
STEPHANIE S. WOODARD
ALLEN D. ARNOLD
Counsel for Plaintiff

OF COUNSEL:
ARENDALL AND ASSOCIATES
2018 Morris Avenue
Birmingham, AL  35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that on June 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Poundstone, IV
Bradley Arant Rose & White LLP

Bradley T. Adler
Freeman Mathis & Gary LLP

/s/ David R. Arendall

---

Of Counsel

2