IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AMY SHOEMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:05-CV-00398-F |
| | ) | |
| KNAUFF FIBER GLASS, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Now pending before the court is the June 16, 2005, motion to amend and restate the

complaint (doc. # 17) filed by the plaintiff for the purpose of identifying the correct names

of the defendants.  Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 20th day of June, 2005.


                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE