IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-00398-F |
| | ) |
| KNAUFF FIBER GLASS, *et al*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the scheduling conference set for August 1, 2005, be and is hereby RESET to August 2, 2005 at 1:30 p.m.

Done this 21st day of July, 2005.

                                            /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE