# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA EASTERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 8/2/05 | AT | 1:38 p.m. to 1:42 p.m. |
| DATE COMPLETED: 8/2/05 | AT | FTR RECORDING |

AMY SHOEMAKE

    Plaintiff

vs..

KNAUF FIBERGLASS GmH, INC., et al

    Defendant

CASE NO. 3:05CV398-F-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. David Randall Arendall | | Atty. Richard P. Winegardner |
| | | Atty. Bradley T. Adler |

---

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: WYNN D ALLEN

---

( X ) OTHER PROCEEDINGS:     *TELEPHONE SCHEDULING CONFERENCE*

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | Scheduling Conf. - 3:05CV398-F-CSC ||
| **Date** | 8 / 2 /2005 **Location** Courtroom 4B ||
| **Time** | **Speaker** | **Note** |
| 1 :38:47 PM | Court | Conference call begins;Partied on line as noted; Discussions that this case is to be transferred to new DJ; |
| 1 :39:38 PM | Atty. Adler | Addresses the court that in the planning parties conference all parties have agreed to Consent to the Magistrate Judgeto handle this matter; |
| 1 :40:07 PM | Court | Advised to get consent form filed; Will get forms sent to parties;  Discussion as to when case can be tried; There is term that begins on June 5th, 2006 and August 7th; |
| 1 :41:25 PM | Atty. Arendall | Votes August 7th; |
| 1 :41:30 PM | Atty. Winegardner | August 7th would work best; |
| 1 :41:36 PM | Atty. Adler | August 7th is good; |
| 1 :41:45 PM | Court | As soon as consent forms are filed, court will enter a new scheduling order; |
| 1 :42:28 PM | Court | Court is recessed. |