IN THE UNITED STATED OF DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AMY SHOEMAKE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:05CV398-F |
| | ) | |
| KNAUF FIBERGLASS GmbH, | ) | |
| INC., et al | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_8-04-05_
Date

_[signature]_
Signature

_Amy Shoemake_
Counsel For (**print name of all parties**)

_2018 Morris Ave, Birmingham, AL 35203_
Address, City, State, Zip Code

_205-252-1550_
Telephone Number