IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.:   3:05CV398-F |
| KNAUF FIBERGLASS GmbH, INC., et al. | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

August 5, 2005
Date

Signature

Knauf Fiberglass, GmbH, Inc.
Counsel for (print name of all parties)

Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204
Address, City, State, Zip Code

(317) 236-1313
Telephone Number

INDS02 AMACK 747970v1