

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 AUG -8  A 9: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| AMY SHOEMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION FILE |
| ) | NO. 3:05-CV-398-F |
| KNAUF FIBERGLASS GmbH, INC. ) | |
| AND ADECCO U.S.A., INC., ) | |
| ) | |
| Defendants. ) | |

## CONSENT TO JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/5/05   _____
Date     Signature

Adecco U.S.A., Inc.
Counsel For (**print** name of all parties)

100 Galleria Parkway, Suite 1600, Atlanta, GA. 30339
Address, City, State Zip Code

770.818.0000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KNAUF FIBERGLASS AND )<br>ADECCO EMPLOYMENT SERVICES, )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 3:04-CV-398-F |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing **CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** upon all parties to this matter by depositing a copy of same in the United States Mail, first-class postage affixed thereto, and addressed as follows:

David R. Arendall, Esq.
Stephanie S. Woodard, Esq.
Allen D. Arnold, Esq.
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL 35203

Richard P. Winegardner, Esq.
Aarika Mack, Esq.
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535

This 5th day of August, 2005.

                                                    _____
                                                    Bradley T. Adler
                                                    Georgia Bar No. 005525

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T - 770.818.0000
F - 770.937.9960