**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 22, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Shoemake v. Knauff Fiber Glass et al
      Civil Action No. 3:05-cv-00398-MEF

The above-styled case has been reassigned to Judge Charles S. Coody.

Please note that the case number is now **3:05-cv-00398-C**.

This new case number should be used on all future correspondence and pleadings in this action.