IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| AMY SHOEMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:05-cv-398-C |
| | ) | |
| KNAUFF FIBER GLASS, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 7, 2005, the parties notified the court that they had reached an amicable

settlement of all issues.  Accordingly, it is

ORDERED that on or before September 27, 2005, the parties shall file a joint

stipulation for dismissal.

Done this 12ᵗʰ day of September, 2005.


            /s/Charles S. Coody
            CHARLES S. COODY
            CHIEF UNITED STATES MAGISTRATE JUDGE