IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-00398-C |
| | ) |
| KNAUFF FIBER GLASS, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the September 28, 2005, motion for extension of time for filing of stipulation of dismissal (doc. # 33) filed by the plaintiff. Upon consideration of the motion and for good cause, it is

ORDERED that the motion for extension of time for filing of stipulation of dismissal (doc. # 33) be and is hereby GRANTED. The parties shall have an extension of time from September 27, 2005 until October 13, 2005, to file a joint stipulation of dismissal.

Done this 30th day of September, 2005.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE