IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMY SHOEMAKE,<br>    Plaintiff | )<br>)<br>) |
| v | ) CIVIL ACTION NO.:<br>) 3:05-CV-398-C |
| KNAUF FIBERGLASS GmbH, INC.<br>AND ADECCO U.S.A., INC.<br>    Defendants | )<br>)<br>) |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendants herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

Respectfully submitted this the 4th day of ~~September~~ October, 2005.

[signatures on next page]

_____
David R. Arendall
Stephanie S. Woodard
Allen D. Arnold
Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, AL 35203
T- 205.252.1550
F- 205.252.1556

_____
Gregory S. Richters
*Admitted Pro Hac Vice*
Bradley T. Adler
*Admitted Pro Hac Vice*
Counsel for Defendant Adecco USA, Inc.

OF COUNSEL:
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
T- 770.818.0000
F- 770.937.9960

_____
Kenneth Yerkes
*Admitted Pro Hac Vice*
Richard P. Winegardner
*Admitted Pro Hac Vice*
Aarika Mack
*Admitted Pro Hac Vice*
Counsel for Defendant Knauf Fiberglass

OF COUNSEL:
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
T- 317.231.7512
F- 317.231.7433